MARIA L. WINTERSON, Respondent, *v.* HECTOR M. HITCHINGS et al., Appellants.

MOTION for resettlement of judgment rendered at General Term.

*Hector M. Hitchings,* for appellants.

*E. F. Bullard,* for respondent.

*Per Curiam.* The entry of judgment in accordance with the opinion of the court at General Term was advisedly remanded to the Special Term. A dispute may arise between the parties with regard to the amount which the plaintiff should be directed to pay as a condition of granting her the equitable relief demanded, and such a dispute can more satisfactorily be determined at Special Term.

Motion denied, without costs.

Present: DALY, Ch. J., BISCHOFF and PRYOR, JJ.
Motion denied, without costs